

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00522-CV

Maria Zacarias **GUTIERREZ**,
Appellant

v.

Guadalupe **GUTIERREZ**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03767
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED November 30, 2022.

_____
Lori I. Valenzuela, Justice